Anona Su (SBN 16140)
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2689
Anona.Su@wbd-us.com

*Attorneys for Defendant*
*Wells Fargo Bank*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTONIO AMARO, as Personal Representative of the ESTATE OF RONALD JAMES RIOPELLE,

　　　　Plaintiff,

vs.

WELLS FARGO BANK, N.A.

　　　　Defendant.

Case No.: 2:26-cv-01670-RFB-BNW

**STIPULATION TO EXTEND WELLS FARGO BANK, N.A.'S DEADLINE TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

**THIS STIPULATION** is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Antonio Amaro, as personal representative of the Estate of Ronald James Riopelle ("Amaro," and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend Wells Fargo's deadline to respond to Plaintiff's Complaint from June 25, 2026 until July 9, 2026 based on the following:

1. This is the first request for an extension of time for Wells Fargo to respond to Plaintiff's Complaint.

2. On June 2, 2026, Amaro filed a Complaint with this Court [ECF No. 1].

3. Amaro served Wells Fargo's registered agent with the Complaint on June 4, 2026 [ECF No. 3].

-1-
STIPULATION TO EXTEND (FIRST REQUEST)

4. Based on the date of service of the Summons and Complaint, Wells Fargo's current deadline to respond to the Complaint is June 25, 2026. *Id.*

5. Wells Fargo requests this extension to investigate all relevant matters, ascertain the veracity of the averments in Plaintiff's Complaint, analyze and ascertain any and all affirmative and other defenses, and otherwise submit a proper response to the Complaint.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulation and agree to extend the deadline for Wells Fargo to respond to the Complaint, up to and including July 9, 2026.

**IT IS SO STIPULATED**

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*
   Anona Su, Esq.
   Nevada Bar No. 16140
   8488 Rozita Lee Avenue
   Suite 400
   Las Vegas, NV 89113

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**HERNANDEZ & MASSI**

By: */s/ Kevin L. Hernandez*
   Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
   8920 W. Tropicana Ave., Suite 101
   Las Vegas, NV 89147

*Attorney for Plaintiff Antonio Amaro,*
*as personal representative of the Estate*
*of Ronald James Riopelle*

STIPULATION TO EXTEND (FIRST REQUEST)

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

## ORDER

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo shall have until July 9, 2026 to file a response to the Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED:    June 24, 2026


Respectfully submitted by:

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*
      Anona Su, Esq.
       Nevada Bar No. 16140
      8488 Rozita Lee Avenue
      Suite 400
      Las Vegas, NV 89113

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*


WOMBLE BOND DICKINSON

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

STIPULATION TO EXTEND (FIRST REQUEST)