Anona Su (SBN 16140)
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2689
Anona.Su@wbd-us.com

*Attorneys for Defendant*
*Wells Fargo Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO AMARO, as Personal Representative of the ESTATE OF RONALD JAMES RIOPELLE,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.<br><br>        Defendant. | Case No.: 2:26-cv-01670-RFB-BNW<br><br>**STIPULATION TO EXTEND WELLS FARGO BANK, N.A.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

**THIS STIPULATION** is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Antonio Amaro, as personal representative of the Estate of Ronald James Riopelle ("Amaro," and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend Wells Fargo's deadline to respond to Plaintiff's Complaint from June 25, 2026 until July 9, 2026 based on the following:

1. This is the ~~first~~ second request for an extension of time for Wells Fargo to respond to Plaintiff's Complaint.

2. On June 2, 2026, Amaro filed a Complaint with this Court [ECF No. 1].

3. Amaro served Wells Fargo's registered agent with the Complaint on June 4, 2026 [ECF No. 3].

-1-
STIPULATION TO EXTEND (SECOND REQUEST)

4. This Court entered its order granting a first extension through July 9, 2026 for Wells Fargo to respond to Plaintiff's Complaint [ECF No. 7].

5. On July 7, 2026, the Parties submitted a stipulation to compel arbitration and stay the case [ECF Nos. 8, 9]. As of the date of this request, the Court's order on arbitration and stay is still pending. The Parties, therefore, request a second extension to respond pending the Court's order.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulation and agree to extend the deadline for Wells Fargo to respond to the Complaint, up to and including July 23, 2026.

**IT IS SO STIPULATED**

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*

    Anona Su, Esq.
    Nevada Bar No. 16140
    8488 Rozita Lee Avenue
    Suite 400
    Las Vegas, NV 89113

    *Attorneys for Defendant*
    *Wells Fargo Bank, N.A.*

**HERNANDEZ & MASSI**

By: */s/ Kevin L. Hernandez*

    Kevin L. Hernandez, Esq.
    Nevada Bar No. 12594
    8920 W. Tropicana Avenue
    Suite 101
    Las Vegas, NV 89147

    *Attorney for Plaintiff Antonio Amaro,*
    *as personal representative of the Estate*
    *of Ronald James Riopelle*



8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

STIPULATION TO EXTEND (SECOND REQUEST)

## ORDER

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo shall have until July 23, 2026 to file a response to the Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  ____July 10, 2026____

Respectfully submitted by:

**WOMBLE BOND DICKINSON (US) LLP**

By: _/s/ Anona Su_
_____

Anona Su, Esq.
Nevada Bar No. 16140
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

-3-
STIPULATION TO EXTEND (SECOND REQUEST)