Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**HERNANDEZ & MASSI**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@hernandezandmassi.com
***Attorney for Plaintiff***

Hernandez & Massi
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO AMARO as Personal Representative of the ESTATE OF RONALD JAMES RIOPELLE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 2:26-cv-01670-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER VACATING DEADLINE TO SUBMIT DISCOVERY PLAN** |

This stipulation is entered into by and between Plaintiff and Defendant as follows:

1. On July 7, 2026, Plaintiff and Defendant stipulated to compel arbitration and stay the case. See ECF Nos. 8-9.
2. The stipulations to compel arbitration and stay the case are pending before the Court.
3. Plaintiff and Defendant have a private mediation scheduled for September 28, 2026.

///

///

///

///

///

///

///

///

4. To preserve fees and costs, and in light of the pending stipulations to compel arbitration and stay the case, the parties respectfully request that the Court vacate the discovery plan deadline.

Respectfully Submitted.

Dated: September 14, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*
Anona Su, Esq.
Nevada Bar No. 16140
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: September 14, 2026

**HERNANDEZ & MASSI**

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Ave., Suite 101
Las Vegas, NV 89147

*Attorney for Plaintiff Antonio Amaro, as personal representative of the Estate of Ronald James Riopelle*

**ORDER VACATING DISCOVERY PLAN DEADLINE**

In light of the pending Stipulations to Compel Arbitration and Stay [ECF Nos. 8-9], and good cause appearing, the deadline to submit a discovery plan and scheduling order is vacated.

**This Court will reset the deadline to submit a discovery plan and scheduling order once the pending stipulations are resolved and/or arbitration is unsuccessful.**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2026

Hernandez & Massi
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408