Anona Su (SBN 16140)
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2689
Anona.Su@wbd-us.com

*Attorneys for Defendant*
*WELLS FARGO BANK*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO AMARO, as Personal Representative of the ESTATE OF RONALD JAMES RIOPELLE,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Case No.: 2:26-cv-01670-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO COMPEL ARBITRATION <u>AND TO STAY CASE</u>** |

**THIS STIPULATION** is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Antonio Amaro, as personal representative of the Estate of Ronald James Riopelle ("Amaro," and together with Wells Fargo, the "Parties"), jointly move this Court for entry of an Order staying the above-captioned case, pending the outcome of arbitration of this dispute and to compel arbitration of plaintiff's claims. In support of this motion, the Parties state as follows:

1. On June 2, 2026, Amaro filed a complaint with this Court [ECF No. 1].

2. Amaro served Wells Fargo's registered agent with the complaint on June 4, 2026 [ECF No. 3].

3. Following an agreed upon extension and this Court's order, Wells Fargo's current deadline to respond to the complaint is July 9, 2026. [ECF No. 7]. Wells Fargo has not yet filed a responsive pleading to the complaint.

4. The Deposit Account Agreement between plaintiff and Wells Fargo (the "Agreement") governing plaintiff's account with Wells Fargo requires the submission of any dispute between the Parties to binding arbitration upon the election of either party.



8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON

5. The Parties have elected to arbitrate this matter. Plaintiff will submit his claims to arbitration pursuant to the Agreement.

6. The Parties, therefore, respectfully request that the Court enter an order staying this litigation, pending the outcome of the arbitration and compelling plaintiff's claims to arbitration.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

To submit plaintiff's claim to arbitration and stay this case, pending the outcome of the Parties' arbitration of their disputes.

**IT IS SO STIPULATED**

DATED this 7th day of July, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*
Anona Su, Esq.
Nevada Bar No. 16140
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**HERNANDEZ & MASSI**

By:*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Ave., Suite 101
Las Vegas, NV 89147

*Attorney for Plaintiff Antonio Amaro, as personal representative of the Estate of Ronald James Riopelle*

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that this litigation is to be submitted to final and binding arbitration; and the instant case is stayed, pending the outcome of the arbitration.

**IT IS FURTHER ORDERED** that motion ECF No. 9 is denied as moot.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 18, 2026



WOMBLE BOND DICKINSON
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113