Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**HERNANDEZ & MASSI**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@hernandezandmassi.com
***Attorney for Plaintiff***

Hernandez & Massi
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO AMARO as Personal Representative of the ESTATE OF RONALD JAMES RIOPELLE,<br>Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A.,<br>Defendant. | Case No.: 2:26-cv-01670-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

Plaintiff and Defendant have resolved all claims, disputes, and differences between the parties.

Therefore, Plaintiff and Defendant, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of all claims against Defendant with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Defendant bearing their own

///

///

///

///

///

///

///

///

attorneys' fees, costs, and expenses incurred in this action.

Respectfully Submitted.

Dated: October 29, 2026

**HERNANDEZ & MASSI**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@hernandezandmassi.com
***Attorney for Plaintiff***

Dated: October 29, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Anona Su*
Anona Su, Esq.
Nevada Bar No. 16140
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
***Attorneys for Defendant***

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are hereby dismissed with prejudice. Plaintiff and Defendant will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**



UNITED STATES DISTRICT JUDGE

DATED: October 30, 2026



Hernandez & Massi
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408